# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 216TH JUDICIAL DISTRICT COURT OF GILLESPIE COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on August 19, 2015, the cause upon appeal to revise or reverse your judgment between

Marisela G. Salas, Individually and as Representative of the Estate of Martin Suarez and as Next Friend of Keyla Marizel Salas Suares, Minor, Appellant

V.

Allen Keller Co. I, L.L.C. d/b/a Allen Keller Co., Appellee

No. 04-14-00622-CV and Tr. Ct. No. 13410

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of appeal are taxed against Appellant Marisela G. Salas, Individually and as Representative of the Estate of Martin Suarez and as Next Friend of Keyla Marizel Salas Suarez, Minor.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on October 28, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

## No. 04-14-00622-CV

**Marisela G. Salas, Individually and as Representative of the Estate of Martin Suarez and as Next Friend of Keyla Marizel Salas Suares, Minor**

**v.**

**Allen Keller Co. I, L.L.C. d/b/a Allen Keller Co.**

(NO. 13410 IN 216TH JUDICIAL DISTRICT COURT OF GILLESPIE COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | ELLEN TAGTMEIER |
| REPORTER'S RECORD | $250.00 | PAID | MICHAEL G. SAWICKI |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | MICHAEL SAWICKI |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | MICHAEL SAWICKI |
| INDIGENT | $25.00 | E-PAID | MICHAEL SAWICKI |
| FILING | $100.00 | E-PAID | MICHAEL SAWICKI |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this October 28, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853